IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:04CR194 |
|---|---|
| Plaintiff, | |
| vs. | ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |
| MATTHEW J. HANSON, | |
| Defendant. | |

The defendant appeared before the court on February 11, 2019 Petition for Offender Under Supervision [191]. David R. Stickman represented the defendant. Susan T. Lehr represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

**PRELIMINARY HEARING**:

HEARING WAIVED—PROBABLE CAUSE FOUND

☒ The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing Senior Judge Smith Camp in Courtroom #2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 28, 2019, at 11:00 a.m.

**DETENTION HEARING**:

NO MOTION FOR DETENTION--RELEASED

☒ The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision and consent for modification of conditions of supervision.

**IT IS SO ORDERED**.

Dated this 11th day of February, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge